FROM: Roderick Thomas (225)922-4490
CT - Baton Rouge SOP Team
5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

TO: **Debbie Lansford (703)968-8524**
**CORT Business Services Corporation**
**11250 Waples Mill Road**
**Suite 500**
**Fairfax, VA 22030**
Ref: SOP/041291 0/515288406/Roderick Thomas

FedEx Revenue Barcode

CAD#: 8278102
SHIP DATE: 14AUG09
WEIGHT: 1 LB

DELIVERY ADDRESS (FedEx-EDR)

TRK # 7912 3713 9536     FORM 0201

22030  -VA-US

** 2DAY **

IAD

**SA ZFOA**

**TUE**
**A1**
Deliver by:
**18AUG09**

CLS092000051⁹


## CT Corporation

**Service of Process Transmittal**
08/14/2009
CT Log Number 515288406

**TO:** Debbie Lansford, CFO
CORT Business Services Corporation
11250 Waples Mill Road, Suite 500
Fairfax, VA 22030-

**RE:** **Process Served in Louisiana**

**FOR:** CORT Business Services Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Raymond Stuerhoff, Pltf. vs. Cort Business Services Corporation, et al., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 19th Judicial District Court, Parish of East Baton Rouge, LA
Case # C581051 |
| **NATURE OF ACTION:** | Personal Injury - Pertaining to the dft removing all of the pltfs. furniture when he was not present on 09/12/2008 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/14/2009 at 08:40 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days |
| **ATTORNEY(S) / SENDER(S):** | Joseph H. Jolissaint
201 Napoleon St.
Baton Rouge, LA 70802
225-757-5600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 791237139536 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

2425-09-001061

# CITATION

RAYMOND STUERHOFF
(Plaintiff)

vs.

CORT BUSINESS SERVICES
CORPORATION ET AL
(Defendant)

NUMBER  C581051 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  CORT BUSINESS SERVICES CORPORATION
THROUGH THE CT CORPORATION

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 12-AUG-2009.

BENITA GRAY/*Deputy Clerk of Court for*
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH H JOLISSAINT

Also attached are the following documents:
**PETITION FOR DAMAGES**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**CT CORPORATION SYSTEMS:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:  $_____
MILEAGE  $_____
TOTAL:    $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION - 2425

| | |
|---|---|
| **RAYMOND STUERHOFF** | **NUMBER: 58,051  DIV.: D** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **CORT BUSINESS SERVICES CORPORATION and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | **PARISH OF EAST BATON ROUGE** |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes RAYMOND STUERHOFF, of the full age of majority and domiciled in the County of Will, Illinois, who seeks monetary damages arising out of the injuries suffered by plaintiff as follows:

1.

Made defendants herein are:

A. CORT BUSINESS SERVICES CORP., a foreign corporation, authorized to and doing business as Cort Funiture Rental in the Parish of East Baton Rouge, State of Louisiana;

B. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance corporation, authorized to and doing business in the Parish of East Baton Rouge, State of Louisiana.

2.

On or about August 8, 2008, while temporarily relocated in Baton Rouge, Louisiana for job related purposes, petitioner, RAYMOND STUERHOFF, rented several pieces of furniture from Cort Furniture Rental, located at 4810 Constitution Avenue in the Parish of East Baton rouge, State of Louisiana, including a twin mattress, box spring, and bed frame.

3.

Soon thereafter, petitioner began to experience a rare skin rash. He sought medical attention at several facilities seeking a diagnosis of the condition. However, medical providers were unable to diagnose his condition. Petitioner then returned to his home in Illinois and the condition improved. Upon returning to his temporary condominium in Louisiana, the skin rash returned.

4.

After suffering with a sudden chest pain, petitioner was admitted to the hospital on September 12, 2008 where it was found that he recently suffered a heart attack and had a rash to his extremities, neck and face. He remained in the hospital for observation and a staff member noted that his skin rash appeared to be caused by bed bugs.

5.

Upon petitioner's discharge from the hospital, he returned to his temporary condominium in Baton Rouge, LA and notified a local exterminating company. The exterminating company inspected petitioner's condominium and found that there were bed bugs in the single bed mattress, box spring and bed frame, which petitioner rented from Cort Furniture Rental.

6.

Petitioner immediately notified Cort Furniture Rental of the situation and the company removed all furniture from petitioner's condominium when he was not present. Petitioner then relocated to a nearby hotel while the condominium unit was exterminated.

7.

As a result of the foregoing, petitioner, RAYMOND STUERHOFF, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present, and continuing nature.

8.

Additionally, petitioner, RAYMOND STUERHOFF, has undergone medical treatment since this incident and incurred numerous medical bills incidental thereto. Petitioner has also incurred other actual costs, including but not limited to, exterminator bills, hotel expenses, and replacement furniture expenses.

9.

Defendant, CORT BUSNIESS SERVICES CORPORATION, sold, serviced, remanufactured, reconditioned and/or refurbished assembled the mattress, box spring and bed frame at issue, thus rendering said defendant a manufacturer pursuant to **LSA-R.S. 9:2800.53(1).**

10.

At all times material hereto, defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, maintained in full force and effect a policy of insurance insuring, CORT BUSINESS SERVICES CORPORATION, for the liability and damages asserted herein.

11.

Defendants are liable to petitioner, pursuant to **LSA-R.S. 9:2800.51 et seq.,** The Louisiana Products Liability Act, for damages proximately caused by a characteristic of the mattress, box spring and bed frame, which rendered it unreasonably dangerous in construction and composition, namely, the infestation of harm causing insects, and the damages suffered by petitioner arose from a

reasonable anticipated use of the product, namely, sleeping upon the mattress, box spring and bed frame.

12.

In the alternative, the incident, along with petitioner's resulting injuries and damages, were caused solely, directly and proximately through the fault and negligence of defendant, CORT BUSINESS SERVICES CORPORATION, by the following nonexclusive particulars:

  a. Failure to inspect the mattress prior to distribution;

  b. Failure to properly train its employees to inspect products;

  c. Any and all other acts of negligence to be shown at the trial hereof.

13.

Petitioner has made amicable demand upon defendants for his damages, all to no avail.

14.

As such, RAYMOND STUERHOFF, itemizes the damages to which he is entitled as a result of the accident and injury proximately caused by the above described acts as follows, to-wit:

  1. Past, present and future physical and mental pain and suffering;

  2. Medical expenses, past and future;

  3. Loss of use and inconvenience;

  4. Actual damages for miscellaneous out of pocket expenses; and

  5. Any and all other damages which will be proved at the trial hereof.

15.

Pursuant to La. C.C.P. Art. 893, petitioner reasonably and in good faith alleges the claims herein exceed the amount requisite for a jury trial, but reserves the right to amend as circumstances may dictate.

16.

The defendants are indebted unto petitioners for damages as are reasonable in the premises, including general and special damages, which, at this time, are believed to be less than is required for removal under Article III and 28 USC 1332.

RESPECTFULLY SUBMITTED:

_____
Joseph H. Jolissaint, #28939
201 Napoleon St.
Baton Rouge, LA 70802
Telephone: (225) 757-5600
Facsimile: (225) 346-8843

PLEASE SERVE:

CORT BUSINESS SERVICES CORPORATION
Through its registered agent
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton rouge, LA 70808

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Through its registered agent
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

FILED 8-4-09
Signed /s/ John Sweague, Dy. Clerk
A True Copy 8-18-09