UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RAYMOND STUERHOFF

VERSUS

CORT BUSINESS SERVICES
CORPORATION, ET AL.

CIVIL ACTION

NO. 09-761-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 4, 2009 (doc. no. 8) to which no objection has been filed. December 15, 2009

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand (doc. no. 5) filed by plaintiff, Raymond Stuerhoff, is GRANTED, and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings. Further, plaintiff's request for an award of the attorneys' fees and costs that he incurred in bringing this motion is DENIED.

Baton Rouge, Louisiana, this 15th day of December, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA